AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
| v. | ) |
| Jerry Lewis | ) Case No. 3:16cr71WHB-LRA |
| (Wherever Found) | ) |
| | ) |
| Defendant | ) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 21 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

RECEIVED
SEP 14 2016
United States Marshal
Southern District of Mississippi

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Jerry Lewis

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute a Controlled Substance.
Ct. 3: Possess With Intent to Distribute a Controlled Substance. (Aiding & Abetting)

ARTHUR JOHNSTON, CLERK

Date: 09/07/2016

_C. Louisville_
Issuing officer's signature

City and state: Jackson, MS

C. Louisville, Deputy Clerk
Printed name and title

### Return

This warrant was received on (date) 09-14-2016, and the person was arrested on (date) 09-19-16
at (city and state) Jackson, MS.

Date: 09-20-16

Arresting officer's signature

S. Moore Deputy U.S. Marshal
Printed name and title