D-1
3:16cr71-OLO
9-23-16
USA v. Jerry Lewis
Evidence
(Composite Exhibit - 5 pages)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 23 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

September 22, 2016

To: Judge Linda R. Anderson

501 E. Court Street Suite 6.150

Jackson, MS 39201


From: Malika L. Lewis

305 Planters Grove

Ridgeland, MS 39157


Dear Judge Anderson,

I'm writing you asking for the approval of my husband Jerry W. Lewis to come home on pre-trail release.

Jerry and I have been together several years and it's very hard to wrap my mind head around the person that I rely on and Love so much will not be around. He has always been there for me and not only his family but mine as well. He is very reliable, trustworthy, and respectful when it comes to family and friends. We are faithful members of Cade Chapel Church where we attend every Sunday. Recently my father passed and without Jerry being there every step of the way, I don't think I would have made it through, he was and is a male back bone for me.

I am 6 1/2 months pregnant and need Jerry to help at home with the manly things I can't do in preparing for our child. He is the only support and security I have especially with our child that's expecting to arrive. We are very excited about the new arrival to our family and was expecting more children. Jerry has a very good relationship with his children and I know he is going to be a great father.

I am a graduate of Tougaloo College and have a Master's Degree in Health Administration. I work for Head Start in which I am an Enrollment Coordinator for 6 years. I am also a believer that any person can change when given a chance. I believe with all my heart, soul and good judgement that the court will see the need to at least make this right for his family.


Sincerely

Malika L. Griffin

9-23-16

Dear Judge Anderson,
I hope this letter finds you doing well. My son Jerry Lewis is incarcerated at the Madison County Jail based on his recent arrest on drug charges.

I beg you consideration of releasing him after his hearing on today while he waits on his trial. Jackson is our lifelong home and Jerry has nowhere to go but to be here with family here. Jerry wife is expecting to have they first child very soon and I know his wife needs him to help her. We also depend on Jerry to help us care for my daddy. He is disabled, in a wheel chair and cannot do for hiself. My daddy had a major stroke in February of last year and Jerry helps him with his dailey needs. He gets him ready put him on the bus three times a week and make him his breakfast, lunch when he not at daycare the supper. My daddy cannot take care of hiself without help

Jerry has a good heart and because of that he is proboly to trusting of people in general

Jerry will not try to leave Jackson and his family if he is released. He is not a danger to any person or the community. All of his family ties are here and they are very strong.

Judge Anderson, I am Jerry's morther, I recently started College at Hinds to better myself and I am willing to work with his wife to make sure he does not violate his conditions of release.

THank you Judge Anderson.

Thanking you in advance please.

Prayful yours
Mary Lu

9/22/16

Dear Judge Anderson

   I am writing this letter to ask for pretrail release of my brother, Jerry Wayne Lewis Jr. I understand the seriousness of the charges made against, but if released he will not try to leave town. Jerry play a big role in our family. My grandfather is confined to a wheelchair and Jerry helps us with his day to day needs. He also has a unborn child on the way. Jerry has no place to go but Jackson. His wife and our entire family can assure you that he will obey all the rules and guidelines upon his release.

                Thank you for your consideration,

                *Alicia Lewis*



**To m Stingley <stingleylaw@gmail.com>**

## Jerry Lewis
1 message

**Jennie Griffin** <jenniebg0211@gmail.com>                    Thu, Sep 22, 2016 at 6:28 PM
To: stingleylaw@gmail.com

September 22, 2016

Dear Judge Linda R. Anderson:

My name is Michelle Griffin. I am writing this letter on behalf of my nephew in-law, Jerry Lewis. He is a good man. I have known him for over two years. Jerry is very family oriented, very polite and loves people. My family and I have grown have grown very fun of him. He spends quality time with his new wife, my niece Malika L. Griffin-Lewis. Jerry is hard worker and takes care of his responsibilities. He always helping around my house and assisting my sisters as needed. He attends church on a regular basis and spends Sundays eating with my family. He is a great support father to be with my neice. He is a man of his word. He is a very loveable and sweet man.